IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| GRANBY'S GREENHOUSE CORPORATION, an Illinois corporation, | ) ) ) |
| Plaintiff, | ) Case No. ) |
| v. | ) ) **Jury Trial Demanded** |
| CONTAINER CENTRALEN, INC., a Florida corporation, | ) ) ) ) |
| Defendant. | |

**COMPLAINT**

Plaintiff Granby's Greenhouse Corporation ("Granby's Greenhouse"), for its Complaint against Defendant Container Centralen, Inc. (hereinafter referred to as "CC"), states as follows:

**PARTIES**

1. Granby's Greenhouse is an Illinois corporation with its principal place of business at 5850 West Waupecan Road, Verona, Illinois. Granby's Greenhouse grows and sells ornamental flowers and plants to customers across the country, including grocery stores and other retailers. At all times set forth herein, Greg Granby was acting on behalf of Granby's Greenhouse.

2. Container Centralen, Inc. ("CC") is a Florida corporation with its principal place of business at Suite 1200, 855 E Plant St, Winter Garden, Florida. CC is in the business of renting specialized equipment for shipping a variety of

1

horticultural products, including ornamental flowers and plants. At all times set forth herein, Jan Neer was acting on behalf of CC.

## JURISDICTION AND VENUE

3. This Court has jurisdiction under 28 U.S.C § 1332, as Granby's Greenhouse is a citizen of Illinois and CC is a citizen of Florida, and the matter in controversy exceeds the sum of $75,000.

4. Venue is proper in this District pursuant to 28 U.S.C § 1391(a), as a substantial part of the events or omissions giving rise to the action occurred in this District.

5. Venue is also appropriate because Granby's Greenhouse and CC agreed that they would be subject to the jurisdiction of the federal courts in Orange County, Florida and further agreed that any disputes arising out of their agreement would be resolved by a state or federal court of competent jurisdiction in Orange County, Florida. (*See* **Exhibit 1**, Service Agreement at § 10.8.)

## FACTS

**A. The Parties Enter into a Contract under which CC Agrees to Provide Granby's Greenhouse with Equipment for Shipping Its Products to Customers**

6. On or around April 9, 2019, Granby's Greenhouse and CC executed an agreement ("Service Agreement") under which CC agreed to timely supply Granby's Greenhouse with rental equipment for shipping its plants to its customers as part of CC's "One Way Program." (*Id.* at § 2 and Attachment # 1 thereto at § 1.) This equipment consisted of specialized shipping racks and shelves to hold plants, which

2

Granby's Greenhouse could then load on to shipping containers for transport by freight trucks. (*See id.* at Attachment # 1 thereto at § 3.)

7. Either party could terminate the Services Agreement at any time by giving at least sixty days prior written notice to the other party. (*Id.* at § 8.)

8. The Service Agreement contained attachments under which CC acknowledged and agreed that Granby's Greenhouse would be using CC's rack and shelf equipment to ship products from Granby's Greenhouse to Aldi's (the grocery chain) in Minnesota. (*Id.* at Attachment # 1 thereto at ¶ 1.)

9. CC agreed that it would ship the equipment to Granby's Greenhouse location in Verona, Illinois. (*Id.* at Attachment # 5 thereto.)

10. The Service Agreement provided that "if Customer [Granby's Greenhouse] and CC agree on commercial arrangements for delivery of CC equipment from a CC depot to a Customer location those arrangements can be confirmed via email and form an addendum to this Agreement." (*Id.* at Attachment # 6 thereto at § 6.1.)

11. On April 10, 2019, Jana Neer (the CC sales account executive for the Granby's Greenhouse account) emailed Greg Granby, of Granby's Greenhouse, and stated that CC would be sending rack and shelf equipment to Granby's Greenhouse so that it could ship its products to Aldi's Minnesota distribution center. (*See* **Exhibit 2**, Neer April 10, 2019 Email.)

12. That same day, Greg Granby emphasized to Neer the importance of Aldi to Granby's Greenhouse, telling her that Aldi represented $931,000 in income to Granby's Greenhouse. (*See* **Exhibit 3**, Granby April 10, 2019 Email).

13. The next day, on April 11, 2019, Neer replied to Greg Granby's email and stated that "I appreciate the information. I will make sure our recovery team is [aware] of the urgency for these recoveries and dates you had sent over prior for early May." (*See* **Exhibit 3**, Neer April 11, 2019 Email.)

14. Greg then requested from Neer that CC deliver to Granby's the week of April 22-26, 2019, 3,567 racks, and corresponding shelves and posts. Greg also informed Neer that Gransby's was going to load the racks with Granby's plants and ship them to various Aldi locations in Minnesota.

15. In response to the request for the delivery of 3,567 racks to Granby's Greenhouse during the week of April 22-26, 2019, Neer provided to Granby's Greenhouse a quote for the delivery of 3,567 racks, with corresponding shelves and posts. (*See* **Exhibit 4**, a copy of the quote).

16. On April 17, 2019, Granby's Greenhouse accepted the quote via email confirming the number of racks, shelves, and posts. (*See* **Exhibit 5**, Granby April 17, 2019 Email.)

17. As a result of the above, CC was contractually obligated to deliver to Granby's during the week of April 22-26, 2019, the number of racks, shelves, and posts set forth in CC's April 16, 2019 quote.

### B. CC Breaches the Agreement

18. On April 19, 2019, CC anticipatorily breached its contractual obligation when Neer emailed Greg Granby stating that, "Right now we are unable to fulfill your rack request for your Aldi shipments. A few reasons that we are in this situation are below:

- Record Order volumes over last 3 weeks that are 60k racks above plan (65% above 2018) have heavily depleted CC Depot Inventory

- Because of the rapid recent increase in shipments there are in excess of 135k racks at retail in 'pending recovery' status that were shipped to stores in 2019 – (~100k since week 14)

- CC's asset recovery teams are working double shift and 7 days a week in all regions. However, with current Order volumes we cannot recover Equipment fast enough to replenish Depot inventory."

(*See* **Exhibit 6,** Neer April 19, 2019 Email.)

19. That same day, Greg Granby responded to Neer stating that "[t]his is going to cost me almost 2 million dollars. Is there an option to go pick up and recover racks ourselves?" (*See* **Exhibit 7,** Granby April 19, 2019 Email.)

20. In breach of its contractual obligations, CC did not supply Granby's Greenhouse with the 3,567 shipping racks and related shelves and posts in time for Granby's Greenhouse to fulfill its first scheduled delivery with Aldi.

### C. Granby's Greenhouse Suffers Damages as a Result of CC's Breach

21. As a result of CC's breach of contract, Granby's Greenhouse was unable to make its first delivery of products to Aldi and lost all revenue from that order.

22. On April 30, 2019, Greg Granby emailed Neer telling her that he had lost the first delivery and that the second and third scheduled deliveries were due that week and the following week respectively, and that he needed 591 racks for that week and 1,573 racks the following week. (*See* **Exhibit 8,** Granby April 30, 2019 Email.) In that same email, Greg Granby told Neer that "[i]f I do not make those deliveries I am pretty sure I will be dropped as a vendor." (*Id.*)

23. On May 1, Neer emailed Greg Granby to inform him that she could only supply two loads of 342 racks each for his shipments to Aldi. (*See* **Exhibit 8,** Neer May 1, 2019 Email.)

24. As a direct and proximate result of CC's breach of the Services Agreement, Granby's Greenhouse suffered damages, including lost profits on its relationship with Aldi's and another customer.

## COUNT I: Breach of Contract against CC

25. Granby's Greenhouse incorporates Paragraphs 1 through 25 as if fully set forth herein.

26. CC was contractually obligated to deliver to Granby's Greenhouse, in Verona, Illinois, a total of 3,567 racks, plus the related shelves and posts set forth in CC's quote, during the week of April 22-26, 2019.

27. Granby's Greenhouse met all of its obligations under the Services Agreement.

28. CC breached its obligations under the agreement by failing to timely supply to Granby's Greenhouse the equipment Granby's Greenhouse needed to meet its contractual obligations to Aldi.

29. As a direct and proximate result of CC's breaches, Granby's Greenhouse has suffered damages in excess of $75,000, including lost profits that would have been earned from its relationship with Aldi.

WHEREFORE, Plaintiff Granby's Greenhouse Corporation respectfully requests that the Court enter judgment in its favor and against Defendant CC for damages, which are in excess of $75,000, plus costs and interest to the extent available by law and grant any additional relief the Court deems just and appropriate.

Dated: November 1, 2022            Respectfully submitted,

By: /s/ Benton N. Wood
Craig R. Annunziata, Esq.
Florida Bar No.: 992453
Email: cannunziata@fisherphillips.com
FISHER & PHILLIPS LLP
10 South Wacker Drive, Suite 3450
Chicago Illinois 60606
Telephone:  (312) 346-8061

Benton N. Wood, Esq.
Florida Bar No. 957275
Email: bwood@fisherphillips.com
**FISHER & PHILLIPS LLP**
200 South Orange Avenue, Suite 1100
Orlando, Florida 32801
Telephone:  (407) 541-0888
Facsimile:  (407) 541-0887

                Christopher C. Kendall
                CHAPMAN SPINGOLA, LLP
                190 South LaSalle Street, Suite 3850
                Chicago, Illinois 60603
                Email: ckendall@chapmanspingola.com
                Telephone: (312) 606-8752
                * Not admitted to Middle District of Florida, Motion for special admission to be filed

                *Attorneys for Plaintiff*